UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BILLY HUDSON, PAUL OLIVER and ROSE OLIVER, on Behalf of Themselves and All Others Similarly Situated,

        Plaintiffs,

v.

ARNE H. CARLSON, PHILIP J. CARROLL, JR., LIVIO D. DESIMONE, HEINZ F. HUTTER, ANNE P. JONES, STEPHEN R. LEWIS, JR., ALAN G. QUASHA, ALAN K. SIMPSON, ALISON TAUNTON-RIGBY, BARBARA H. FRASER, STEPHEN W. ROSZELL, WILLIAM F. TRUSCOTT, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS FINANCIAL CORPORATION, AMERICAN CENTURY INVESTMENT MANAGEMENT, INC., WELLINGTON MANAGEMENT COMPANY LLP, LORD ABBETT and CO. LLC, and JOHN DOES NO. 1 through 100,

        Defendants.

JURY TRIAL DEMANDED

Case No. 05 CV-0301

---

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. 41(a), plaintiffs hereby dismiss this action, which has not been certified as a class action, without prejudice.

Dated: February 3, 2005

RESPECTFULLY SUBMITTED,

_____
Gary Klein, Esq. ( GK-5632 )
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, New York 10038-4925
(212) 558-5500
(212) 344-5461 fax


Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax


J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY
& WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax